# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHELLE CAROLYN GREEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1362-WBV-DMD** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "D" (3)** |

## ORDER

The Court, having considered Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (R. Doc. 23), the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 25), and the lack of objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (R. Doc. 23) is **GRANTED.** Defendant is ordered to pay Plaintiff's attorney's fees in the amount of $6,240.00, representing payment for 31.2 hours of work at a rate of $200.00 per hour, which shall be paid directly to Plaintiff.

New Orleans, Louisiana, August 22, 2022.

_Wendy B. Vitter_
**WENDY B. VITTER**
**United States District Judge**